# Exhibit C



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

_____, 2016



Vilnius, Lithuania,

Re: *United States v. Certain Funds on Deposit in Various Accounts
Detailed Herein, and All Funds Traceable Thereto*
16 Civ. 2800 (AKH)

Dear Sir or Madam:

  This letter is to advise you that on April 14, 2016, the United States filed the enclosed verified complaint in the United States District Court for the Southern District of New York seeking the forfeiture of the Defendants-*in-rem* in the above-referenced action pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(a)(1)(A), and 984 on the grounds that the Defendants-*in-rem* constitute the proceeds of a scheme to defraud an American company through the use of false and fraudulent representations made through wires, property involved in international money laundering, and the fruits of transnational organized crime.

  Should ▮▮▮▮▮▮▮▮▮▮ wish to contest the forfeiture of the Defendants-*in-rem*, you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (21) days after filing a claim, you must file an answer to the verified complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which may be pending, and failure to do so could result in the entry of a default judgment against the Defendants-*in-rem*.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
Edward B. Diskant
Assistant United States Attorney
Tel.: ▮▮▮▮▮▮

Enclosure

/Logo/

## CENTRE OF REGISTERS

### Vilnius Branch of the State Enterprise

### Centre of Registers

| | |
|---|---|
| To: Egle Rameliene, the Principal Investigator – 1st Unit of of the Criminal Police Economic Crimes Investigation Board under Vilnius County Police Headquarters | 20-07-2016 No ███████ <br><br> To 14-07-2016 No ███████ |

**WITH REGARDS TO THE PROVISION OF INFORMATION**

Please be informed that there is no record in the Register of Legal Entities with regards to the registration of a legal entity under the name indicated by you ███████ in the Republic of Lithuania.

Director        /Signature/         Jonas Streimikis

The original of this copy shall not be posted.

Vilniaus aps. VPK KPENTV
Gauta

20/6-07-2̸0̸Nr.
E. Ramenene



REGISTRŲ CENTRAS

VALSTYBĖS ĮMONĖS REGISTRŲ CENTRO
VILNIAUS FILIALAS

Vilniaus apskrities vyriausiojo policijos      2016-07-20  Nr.
komisariato Kriminalinės policijos             Į 2016-07-14  Nr.
Ekonominių nusikaltimų tyrimo valdybos
1-ojo skyriaus vyresniajai tyrėjai
Eglei Ramelienei

## DĖL INFORMACIJOS PATEIKIMO

Informuojame, kad Juridinių asmenų registre duomenų apie juridinio asmens Jūsų nurodytu pavadinimu ▓▓▓▓▓▓▓▓▓▓ įregistravimą Lietuvos Respublikoje nėra.

Direktorius                                                              Jonas Štreimikis

Originalas nebus siunčiamas

| FIRST POLICE UNIT OF THE CRIMINAL POLICE ECONOMIC CRIMES INVESTIGATION BOARD UNDER VILNIUS COUNTY POLICE HEADQUATERS |
|---|

| To the Prosecutor – Marius Svanas |
| 2nd Division of Criminal Prosecution |
| of Vilnius Regional Prosecution Office |

# REPORT

**WITH REGARDS TO THE IMPLEMENTATION OF THE REQUEST FOR LEGAL ASSISTANCE NO** ■

| Date and Registration No | 29-07-2016 |
|---|---|
| Place | Vilnius |

On 07-14-2016 the 1st Police Unit of the Criminal Police Economic Crimes Investigation Board under Vilnius County Police Headquarters has received a request for legal assistance No ■ from the USA, asking to serve the included documents to the representatives of ■

The request for legal assistance from the USA indicates that the company ■ office is located at the address of ■ Vilnius. On 07-14-2016 the enquiry was sent to the Vilnius Branch of the State Enterprise Centre of Registers, No ■ asking to inform whether ■ is registered in the Republic of Lithuania. On 07-20-2016 the response, No ■ was received back from the State Enterprise center of Registers indicating that there are no records of registration of ■ in the Republic of Lithuania. Therefore, there was no chance to serve the documents in accordance with the request for legal assistance.

| Principal Investigator | /Signature/ Egle Rameliene |
|---|---|

| VILNIAUS APSKRITIES VYRIAUSIOJO POLICIJOS KOMISARIATO KRIMINALINĖS POLICIJOS EKONOMINIŲ NUSIKALTIMŲ TYRIMO VALDYBOS 1-ASIS SKYRIUS |
|---|

Vilniaus apygardos prokuratūros 2-ojo
baudžiamojo persekiojimo skyriaus prokurorui
Mariui Švanui

### TARNYBINIS PRANEŠIMAS
### DĖL TEISINĖS PAGALBOS PRAŠYMO NR. ███

| Data ir registracijos numeris | 2016-07-29 |
|---|---|
| Surašymo vieta | Vilnius |

Vilniaus apskrities vyriausiojo policijos komisariato Kriminalinės policijos ekonominių nusikaltimų tyrimo valdyboje 2016-07-14 buvo gautas JAV teisinės pagalbos prašymas Nr. ███

JAV teisinės pagalbos prašyme nurodyta, kad bendrovė ███ yra adresu ███ Vilniuje. 2016-07-14 Valstybės įmonės Registrų centro Vilniaus filialui buvo išsiųstas paklausimas Nr. ███ kuriame prašoma informuoti ar Lietuvos Respublikoje yra registruota bendrovė ███ Valstybės įmonės Registrų centro Vilniaus filialo atsakymas Nr. ███ kuriame nurodyta, kad duomenų apie bendrovės ███ įregistravimą Lietuvos Respublikoje nėra, todėl bendrovės atstovams įteikti Teisinės pagalbos prašyme nurodytų dokumentų nebuvo galimybės.

| Vyresnioji tyrėja | *[signature]* — Eglė Ramelienė |
|---|---|



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 25, 2016

Daugavpils, ███ Latvia

Re: *United States* v. *Certain Funds on Deposit in Various Accounts Detailed Herein, and All Funds Traceable Thereto*
16 Civ. 2800 (AKH)

Dear Sir or Madam:

This letter is to advise you that on April 14, 2016, the United States filed the enclosed verified complaint in the United States District Court for the Southern District of New York seeking the forfeiture of the Defendants-*in-rem* in the above-referenced action pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(a)(1)(A), and 984 on the grounds that the Defendants-*in-rem* constitute the proceeds of a scheme to defraud an American company through the use of false and fraudulent representations made through wires, property involved in international money laundering, and the fruits of transnational organized crime.

Should ███ wish to contest the forfeiture of the Defendants-*in-rem*, you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty-five (35) days of the date of this letter. In addition, within twenty (21) days after filing a claim, you must file an answer to the verified complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which may be pending, and failure to do so could result in the entry of a default judgment against the Defendants-*in-rem*.

Respectfully,

PREET BHARARA
United States Attorney

By: *Edward Diskant /ums*
Edward B. Diskant
Assistant United States Attorney
Tel.: ███

Enclosures

**FedEx** *International Air Waybill*
*Express* *For FedEx services worldwide.*

**1 From** *Please print and press hard.*
Date: 10/25/16
Sender's Name: Edward Diskant
Phone: 212-637-[ ]
Company: USDOJ/US ATTY OFC
Address: 1 SAINT ANDREWS PLZ
City: NEW YORK
State: NY
ZIP: 10007-1701
Country: US

**2 To**
Recipient Name: [redacted]
Company: [redacted]
Address: [redacted]
City: Daugavpils
State/Province: [ ]
ZIP/Postal Code: [ ]
Country: Latvia

**3 Shipment Information**
Total Packages: 1
Total Weight: [ ] lbs/kg
Commodity Description: Documents
Total Declared Value: $1.00
Total Value for Customs: $1.00

**4 Express Package Service**
☒ FedEx Intl. Priority

**5 Packaging**
☒ FedEx Envelope

**7 Payment** *Bill transportation charges to:*
☒ Sender

**8 Your Internal Billing Reference**
16 Civ 2800

**9 Required Signature**
Sender's Signature: E. Diskant

FedEx Tracking Number: [ ]9211

Form ID No. 0402

521



December 19, 2016

Dear Customer:

The following is the proof-of-delivery for tracking number ████ 9211.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ████ DAUGAVPILS, LV |
| **Signed for by:** | ████ | | |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ████ 9211 | **Ship date:** | Oct 26, 2016 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
████
DAUGAVPILS, LV ████

**Shipper:**
AUSA EDWARD DISKANT
USDOJ/US ATTY OFC
1 SAINT ANDREWS PLZ
NEW YORK, NY 100071701 US

**Reference**  16 CIV. 2800

Thank you for choosing FedEx.

| | | | | My Profile | Support | Locations | English | Search or tracking number | SObj |
|---|---|---|---|---|---|---|---|---|---|

**FedEx** | Shipping ▾ | Tracking ▾ | Manage ▾ | Learn ▾ | ✱ FedEx Office ® ▾ | | | | | 👤 Login

**IMPORTANT!**
FedEx is closely monitoring the winter storms across the country. Learn More

# FedEx ® Tracking

**9211**

Ship date:
**Wed 10/26/2016**

NEW YORK, NY US

**Delivered**
Signed for by: ▇

Actual delivery:
**Pending**

DAUGAVPILS, LV LV

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **11/10/2016 - Thursday** | | |
| 3:44 pm | Delivered | DAUGAVPILS LV |
| 10:07 am | On FedEx vehicle for delivery | ▇ |
| **11/09/2016 - Wednesday** | | |
| 8:35 am | At local FedEx facility | ▇ |
| **11/08/2016 - Tuesday** | | |
| 10:36 am | At local FedEx facility | ▇ |
| **11/07/2016 - Monday** | | |
| 12:40 pm | At local FedEx facility | ▇ |
| **11/04/2016 - Friday** | | |
| 4:20 pm | In transit | ▇ |
| 12:02 pm | At local FedEx facility | ▇ |
| **11/03/2016 - Thursday** | | |
| 11:13 am | At local FedEx facility | ▇ |
| **11/02/2016 - Wednesday** | | |
| 10:14 am | At local FedEx facility | ▇ |
| **11/01/2016 - Tuesday** | | |
| 6:00 pm | At local FedEx facility | ▇ |
| 12:19 pm | Delivery exception<br>Incorrect address | ▇ |
| **10/31/2016 - Monday** | | |
| 11:25 am | In transit<br>Tendered to authorized agent for final delivery | ▇ |
| 9:59 am | International shipment release - Import | ▇ |
| 9:58 am | In transit<br>Package available for clearance | |
| **10/28/2016 - Friday** | | |
| 9:02 am | In transit | ▇ |
| 6:52 am | In transit | ▇ |
| 6:43 am | In transit | ▇ |
| 4:23 am | Departed FedEx location | ▇ |
| 3:38 am | In transit | ▇ |
| **10/27/2016 - Thursday** | | |
| 9:05 pm | Departed FedEx location | ▇ |
| 7:15 pm | In transit | ▇ |
| 6:28 pm | Arrived at FedEx location | ▇ |
| 5:40 am | In transit | ▇ |
| 5:03 am | Departed FedEx location | ▇ |
| 3:08 am | In transit | ▇ |
| 12:55 am | Arrived at FedEx location | ▇ |
| **10/26/2016 - Wednesday** | | |
| 11:17 pm | Departed FedEx location | ▇ |
| 9:48 pm | Arrived at FedEx location | ▇ |



Ask FedEx ◀

| 9:15 pm | Left FedEx origin facility | NEW YORK, NY |
| 6:48 pm | Picked up | NEW YORK, NY |

## Shipment Facts

| Tracking number | 9211 | Service | FedEx International Priority |
| Weight | 0.5 lbs / 0.23 kgs | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Shipper |
| Shipper reference | 16 CIV. 2800 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | Standard transit | 11/02/2016 by 6:00 pm |

FedEx.

Search or tracking number     United States - English

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
FedEx TechConnect
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx Cross Border
FedEx SupplyChain

**Follow FedEx**

© FedEx 1995-2016

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

Ask FedEx