# Exhibit D



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

Date:_____

Moonbigtwo BV

▮▮▮▮ Drensteinturt
Federal Republic of Germany

    Re: *United States* v. *Certain Funds on Deposit in Various Accounts*
      *Detailed Herein, and All Funds Traceable Thereto*
          16 Civ. 2800 (AKH)

Dear Sir or Madam:

    This letter is to advise you that on April 14, 2016, the United States filed the enclosed verified complaint in the United States District Court for the Southern District of New York seeking the forfeiture of the Defendants-*in-rem* in the above-referenced action pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(a)(1)(A), and 984 on the grounds that the Defendants-*in-rem* constitute the proceeds of a scheme to defraud an American company through the use of false and fraudulent representations made through wires, property involved in international money laundering, and the fruits of transnational organized crime.

    Should Moonbigtwo BV., wish to contest the forfeiture of the Defendants-*in-rem*, you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (21) days after filing a claim, you must file an answer to the verified complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which may be pending, and failure to do so could result in the entry of a default judgment against the Defendants-*in-rem*.

                Respectfully,

                PREET BHARARA
                United States Attorney

          By: _____
              Edward B. Diskant
              Assistant United States Attorney
              Tel.: ▮▮▮▮

Enclosures

[handwritten in red: "x"]
Office of the District Attorney
Münster [coat of arms:]

Date: 7/29/2016
Page 1 of 1

▮

Please provide in your reply

Department telephone numbers:
Tel.: ▮
Fax: ▮

## Certificate of Delivery

The complaint dated April 14, 2016 in addition to the delivery document, "Sworn statement for the delivery of the collection notice" was delivered on July 18, 2016 to Moonbitwo BV, ▮ Drensteinfurt, by placing the written document into the mailbox associated with the residence.

The delivery was made in accordance with German guidelines.

Public Office Building and address for deliveries:
▮

[signature:]
(Focke)
Law Enforcement Officer   [stamp:] Office of the District Attorney
Münster

Office hours:
8:30 a.m. – 12:30 p.m. (Mon. – Fri.)
2:00 p.m. – 3:00 p.m. (Mon.)

Public transportation:
▮

Staatsanwaltschaft Münster 

Datum: 29.07.2016

Seite 1 von 1

bei Antwort bitte angeben

Durchwahl der
Geschäftsstelle:
Tel.:
Fax:

# Zustellungszeugnis

Die Klageschrift vom 14. April 2016 nebst Zustellungsurkunde "Eidesstattliche Erklärung zur Zustellung des Einziehungsbescheides", ist am 18. Juli 2016 Moonbitwo BV, ▬▬▬▬▬▬ Drensteinfurt, durch Einlegung des Schriftstücks in den zur Wohnung gehörenden Briefkasten zugestellt worden.

Die Zustellung entspricht den deutschen Vorschriften.

(Focke)
Rechtspflegerin

Dienstgebäude und Lieferanschrift:

Sprechzeiten:
08:30 – 12:30 Uhr (Mo bis Fr)
14:00 – 15:00 Uhr (Mo)

Öffentliche Verkehrsmittel:

