# Exhibit E



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

_____, 2016

Glendown Holdings Limited

Tortola
BVI

Re: *United States v. Certain Funds on Deposit in Various Accounts Detailed Herein, and All Funds Traceable Thereto*
16 Civ. 2800 (AKH)

Dear Sir or Madam:

This letter is to advise you that on April 14, 2016, the United States filed the enclosed verified complaint in the United States District Court for the Southern District of New York seeking the forfeiture of the Defendants-*in-rem* in the above-referenced action pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(a)(1)(A), and 984 on the grounds that the Defendants-*in-rem* constitute the proceeds of a scheme to defraud an American company through the use of false and fraudulent representations made through wires, property involved in international money laundering, and the fruits of transnational organized crime.

Should Glendown Holdings Limited., wish to contest the forfeiture of the Defendants-*in-rem*, you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (21) days after filing a claim, you must file an answer to the verified complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which may be pending, and failure to do so could result in the entry of a default judgment against the Defendants-*in-rem*.

**SERVED BY ATTORNEY GENERAL'S CHAMBERS ON**
_____ of
HARNEYS CORPORATE SERVICES LIMITED
at 4:24 a.m./p.m. Date 25/8/2016
Received by Floyd Pem on behalf of the Attorney General.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
Edward B. Diskant
Assistant United States Attorney
Tel.:

Enclosure

## AFFIDAVIT OF SERVICE

Plaintiff:   United States of America

Defendant:  John Doe

Addressee:  Glendown Holdings Ltd.
            ▓▓▓▓▓▓▓▓▓▓ Tortola
            Virgin Islands, ▓▓▓▓

Type:       Service of Notice

I, Floyd Penn Jr. of ▓▓▓▓▓▓▓ Tortola, Virgin Islands, acting on behalf of the Government of the Virgin Islands, pursuant to a Request for Assistance dated 16th August,, 2016 by the United States of America ("US"), in accordance with the instructions set forth in the said Request, make oath and say as follows:

1. That I am a Clerical Trainee/Messenger in the Attorney General's Chambers, Government of the Virgin Islands. Except where otherwise stated, I make this affidavit from my own personal knowledge and in reliance upon the records of service kept within the files of the Attorney General's Chambers. Where I rely on information received from others, I state the source of the information and verily believe the said information to be true.

2. That on 25th August, 2016 at 4:24pm, I personally served on Harneys Corporate Services Limited, the Registered Agent of BVI company, Glendown International Ltd. the Civil Forfeiture Complaint and Notice of Forfeiture received by the Attorney General of the Virgin Islands relative to US proceedings as stated in the Request for Assistance.

1

3. That the documents referred to at paragraph 2 herein, were received, accepted and signed for by one ▓▓▓▓▓▓▓▓ at the office of Harneys Corporate Services Limited located at ▓▓▓▓▓▓▓▓ Tortola, Virgin Islands, ▓▓▓▓▓▓▓▓ for and on behalf of the BVI company, Glendown International Ltd.. A copy of the Notice Letter signed by ▓▓▓▓▓▓▓▓ indicating service of the documents is hereto as "FP-1".

4. That, having done a company search within the Virgin Islands, I am informed by Crown Counsel, Sarah Potter and verily believe that Harneys Corporate Services Limited is the local registered agent of Glendown International Ltd. and therefore is authorized to accept service in this matter.

5. I make these statements to the best of my knowledge, information and belief.

SWORN the 26th day of August, 2016  )
at ▓▓▓ Tortola by the above-named )
Floyd Penn, Jr. before me:-  )
    )
    )
    )
*(signature)*
Floyd Penn, Jr.

*(signature)*
Notary Public/Commissioner of Oaths
in the Virgin Islands

*(notary seal: LESLIE-ANN FAULKNER, NOTARY PUBLIC, BRITISH VIRGIN ISLANDS)*

2



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 3, 2016

Glendown Holdings Ltd.
███████████
███ Limassol
Cyprus

Re: *United States v. Certain Funds on Deposit in Various Accounts Detailed Herein, and All Funds Traceable Thereto*
16 Civ. 2800 (AKH)

Dear Sir or Madam:

This letter is to advise you that on April 14, 2016, the United States filed the enclosed verified complaint in the United States District Court for the Southern District of New York seeking the forfeiture of the Defendants-*in-rem* in the above-referenced action pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(a)(1)(A), and 984 on the grounds that the Defendants-*in-rem* constitute the proceeds of a scheme to defraud an American company through the use of false and fraudulent representations made through wires, property involved in international money laundering, and the fruits of transnational organized crime.

Should Glendown Holdings Limited., wish to contest the forfeiture of the Defendants-*in-rem*, you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (21) days after filing a claim, you must file an answer to the verified complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which may be pending, and failure to do so could result in the entry of a default judgment against the Defendants-*in-rem*.

Respectfully,

PREET BHARARA
United States Attorney

By: _____/s/_____
Edward B. Diskant
Assistant United States Attorney
Tel.: ███████

Enclosure

# FedEx Express International Air Waybill

*For FedEx services worldwide.*

## 1 From *Please print and press hard.*

Date: 9/29/16
Sender's Name: J. Bailey
Sender's FedEx Account Number: [redacted]
Phone: 212-637-[redacted]
Company: AUSA Edward Diskant / United States Attorney's Office
Address: 1 Saint Andrews Plaza
City: New York
State/Province: New York
ZIP/Postal Code: 10007
Country: USA

## 2 To

Recipient's Name: Glendon Holdings, LTD
Company: Glendon Holdings, LTD
Address: [redacted]
Address: Limassol
City: [redacted]
State/Province: [redacted]
ZIP/Postal Code: [redacted]
Country: Cyprus

Recipient's Tax ID Number for Customs Purposes
e.g. GST/RFC/VAT/IN/EIN/DNI, or locally required.

## 3 Shipment Information

Total Packages: 1
Total Weight: ☐ lbs  ☑ kg
Total Declared Value for Carriage:
Total Value for Customs: REQUIRED

Commodity Description — DETAIL REQUIRED: DISCOVERY BROWSER COPY
COMPLETE IN ENGLISH

Harmonized Code
DIM: L / W / H  ☐ in ☐ cm
Country of Manufacture

Has EEI/SED been filed in AES?
☐ No EEI/SED required, under value $2,500 or less per Sch. B Number; not licensable (NLR), not subject to ITAR.
☐ No EEI/SED required, under exemption number:
☐ Yes – Either AES proof of filing citation:

## 4 Express Package Service

☑ FedEx Intl. Priority
☐ FedEx Intl. First
☐ FedEx Intl. Economy

## 5 Packaging

☑ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ FedEx 10kg Box
☐ FedEx 25kg Box
☐ Other

## 6 Special Handling

☐ HOLD at FedEx Location
☐ SATURDAY Delivery

## 7a Payment Bill transportation charges to:

☑ Sender Acct No.
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Cheque

## 7b Payment Bill duties and taxes to:

☐ Sender
☑ Recipient
☐ Third Party

## 8 Your Internal Billing Reference

No. 2800 (AKH)

## 9 Required Signature

Sender's Signature: [signature]

FedEx Tracking Number: 1654 [redacted] 0402

PART 158430 Rev. Date 4/06
©1994-2006 FedEx
PRINTED IN U.S.A.

521

SRY  RETAIN THIS COPY FOR YOUR RECORDS.

| | My Profile | Support | Locations | English | Search or tracking number | Subı |

**FedEx**  Shipping | Tracking | Manage | Learn | FedEx Office ®    Login

# FedEx® Tracking

**■■■■1654**

Ship date:
Wed 8/03/2016

NEW YORK, NY US

**Delivery exception**
LIMASSOL, CY

Scheduled delivery:
Pending

NIC, CY CY

**Unable to deliver shipment, returned to shipper**

**Recommended action:**
No action is required. The package is being returned to the shipper.

No scheduled delivery date available at this time.

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 8/23/2016 - Tuesday | | |
| 10:51 am | Returning package to shipper / Return tracking number ■■■ | LIMASSOL CY |
| 10:21 am | On FedEx vehicle for delivery | LIMASSOL CY |
| 10:20 am | At local FedEx facility | LIMASSOL CY |
| 8/22/2016 - Monday | | |
| 5:27 pm | At local FedEx facility | LIMASSOL CY |
| 8/19/2016 - Friday | | |
| 5:00 pm | At local FedEx facility | LIMASSOL CY |
| 8/18/2016 - Thursday | | |
| 4:38 pm | At local FedEx facility | LIMASSOL CY |
| 4:17 pm | Delivery exception | LIMASSOL CY |
| 8/17/2016 - Wednesday | | |
| 5:23 pm | At local FedEx facility | LIMASSOL CY |
| 8/16/2016 - Tuesday | | |
| 1:30 pm | At local FedEx facility | LIMASSOL CY |
| 8/12/2016 - Friday | | |
| 4:45 pm | At local FedEx facility | LIMASSOL CY |
| 8/11/2016 - Thursday | | |
| 5:14 pm | At local FedEx facility | LIMASSOL CY |
| 8/10/2016 - Wednesday | | |
| 5:03 pm | At local FedEx facility | LIMASSOL CY |
| 8/09/2016 - Tuesday | | |
| 4:32 pm | At local FedEx facility | LIMASSOL CY |
| 8/08/2016 - Monday | | |
| 5:12 pm | At local FedEx facility | LIMASSOL CY |
| 8:54 am | Delivery exception / Incorrect address | LIMASSOL CY |
| 8:39 am | At local FedEx facility | LIMASSOL CY |
| 8/07/2016 - Sunday | | |
| 8:09 am | In transit / Package available for clearance | LARNACA CY |
| 8:09 am | International shipment release - Import | LARNACA CY |
| 8/05/2016 - Friday | | |
| 6:23 am | In transit | POYLE GB |
| 6:23 am | At destination sort facility | POYLE GB |
| 3:52 am | In transit | POYLE GB |

| 12:42 am | In transit | | STANSTED GB |
|---|---|---|---|
| — 8/04/2016 - Thursday | | | |
| 6:05 pm | In transit | | STANSTED GB |
| 5:15 am | In transit | | INDIANAPOLIS, IN |
| 4:43 am | Departed FedEx location | | INDIANAPOLIS, IN |
| 3:24 am | In transit | | INDIANAPOLIS, IN |
| 1:07 am | Arrived at FedEx location | | INDIANAPOLIS, IN |
| — 8/03/2016 - Wednesday | | | |
| 11:32 pm | Departed FedEx location | | NEWARK, NJ |
| 10:03 pm | Arrived at FedEx location | | NEWARK, NJ |
| 9:25 pm | Left FedEx origin facility | | NEW YORK, NY |
| 8:27 pm | Picked up | | NEW YORK, NY |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | ▇▇▇▇654 | Service | FedEx International Priority |
| Weight | 1 lbs / 0.45 kgs | Total pieces | 1 |
| Total shipment weight | 1 lbs / 0.45 kgs | Terms | Shipper |
| Shipper reference | 16 CV, 2500 (AKH) | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

## Commodity Information

| Line Item | Country of Manufacturing | Harmonized Code(s) | Description |
|---|---|---|---|
| 1 | | | |

FedEx.

Search or tracking number    Subm

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
FedEx TechConnect
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx CrossBorder
FedEx SupplyChain

**Follow FedEx**

United States - English

© FedEx 1995-2016

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

Ask FedEx

https://www.fedex.com/apps/fedextrack/?tracknumbers=▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇    9/26/2016