# Exhibit F



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 18, 2016

Deltaway Systems LP

Edinburgh,
Scotland, Great Britain
United Kingdom

Re: *United States v. Certain Funds on Deposit in Various Accounts Detailed Herein, and All Funds Traceable Thereto*
16 Civ. 2800 (AKH)

Dear Sir or Madam:

      This letter is to advise you that on April 14, 2016, the United States filed the enclosed verified complaint in the United States District Court for the Southern District of New York seeking the forfeiture of the Defendants-*in-rem* in the above-referenced action pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(a)(1)(A), and 984 on the grounds that the Defendants-*in-rem* constitute the proceeds of a scheme to defraud an American company through the use of false and fraudulent representations made through wires, property involved in international money laundering, and the fruits of transnational organized crime.

      Should Deltaway Systems LP., wish to contest the forfeiture of the Defendants-*in-rem*, you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (21) days after filing a claim, you must file an answer to the verified complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which may be pending, and failure to do so could result in the entry of a default judgment against the Defendants-*in-rem*.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
Edward B. Diskant
Assistant United States Attorney
Tel.:

Enclosure

RETAIN THIS COPY FOR YOUR RECORDS                                   SRF

# FedEx International Air Waybill
For FedEx services worldwide

**1 From** *Please print and press hard.*

Date: 05/19/16   Sender's FedEx Account Number: [redacted]

Sender's Name: Ailsa Edward Diskant   Phone: 212-1637

Company: USDOJ/US ATTY OFC

Address: 1 SAINT ANDREWS PLZ

City: NEW YORK   State/Province: NY   ZIP/Postal Code: 10007/1704

Country: US

**2 To**

Recipient's Name: Deltaway System LP   Phone: 

Company: 

Address: 

City: Edinburgh   State/Province: 

Country: Scotland/UK   ZIP/Postal Code: 

Recipient's Tax ID number for Customs purposes

**3 Shipment Information**   ☐ For EU Only: Tick here if goods are not in free circulation and provide C1

Total Packages: 1   Total Weight: ___ lbs / ___ kg   DIM: ___ / ___ / ___ in / cm

| Commodity Description REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| Documents | | | $1.00 |

Total Declared Value for Carriage: 

Total Value for Customs (Specify Currency): 

☐ For U.S. Export Only: Check One   ☐ No SSD required per Schedule B Commodity number   ☐ No SSD required, value $2500 or less

**4 Express Package Service**   *Packages up to 150 lbs./68 kg*

☒ FedEx Intl. Priority   ☐ FedEx Intl. First   ☐ FedEx Intl. Economy

**5 Packaging**

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*   ☐ Other

**6 Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery

**7a Payment** *Bill transportation charges to:*

☒ Sender Acct. No. in Section 1 will be billed   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Cheque

**7b Payment** *Bill duties and taxes to:*

☒ Sender Acct. No. in Section 1 will be billed   ☐ Recipient   ☐ Third Party

**8 Your Internal Billing Reference**

**9 Required Signature**

Sender's Signature: 

FedEx Tracking Number: 2019

Form ID No.: 

500   0402



June 15, 2016

Dear Customer:

The following is the proof-of-delivery for tracking number ▇▇▇▇2019.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | EDINBURGH |
| **Signed for by:** | U.NREADABLE | **Delivery date:** | May 20, 2016 11:30 |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ▇▇▇▇2019 | **Ship date:** | May 18, 2016 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
EDINBURGH GB

**Shipper:**
NEW YORK, NY US

Thank you for choosing FedEx.