# Exhibit H



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

Date: _____

Nokletto Industries LTD
████████
Belize City
Belize

      Re: *United States* v. *Certain Funds on Deposit in Various Accounts*
          *Detailed Herein, and All Funds Traceable Thereto*
          16 Civ. 2800 (AKH)

Dear Sir or Madam:

      This letter is to advise you that on April 14, 2016, the United States filed the enclosed verified complaint in the United States District Court for the Southern District of New York seeking the forfeiture of the Defendants-*in-rem* in the above-referenced action pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(a)(1)(A), and 984 on the grounds that the Defendants-*in-rem* constitute the proceeds of a scheme to defraud an American company through the use of false and fraudulent representations made through wires, property involved in international money laundering, and the fruits of transnational organized crime.

      Should Nokletto Industries LTD., wish to contest the forfeiture of the Defendants-*in-rem*, you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (21) days after filing a claim, you must file an answer to the verified complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which may be pending, and failure to do so could result in the entry of a default judgment against the Defendants-*in-rem*.

Respectfully,

PREET BHARARA
United States Attorney

By: *Edward B. Diskant* /uas
Edward B. Diskant
Assistant United States Attorney
Tel.: ████████

Enclosures



## AFFIDAVIT FOR PROVIDING FORFEITURE NOTICE

Plaintiff: United States of America

Addressee: Nokletto Industries, Ltd.

~~[redacted]~~

Belize City, Belize

Type: Service of Notice of Forfeiture Action

I, _Stephen Reneau_, acting on behalf of the government of Belize pursuant to a request from the United States of America dated July 5, 2016, certify, in accordance with the instructions set forth in the referenced request, that:

1. I personally delivered the Notice Letter, Verified Complaint, and Individual Rules of the Honorable Alvin K. Hellerstein, United States District Court, Southern District of New York to _Lugano Coporate Services, registered agent for Nokletto Industries Limited._ on the _12_ day of _July_, 2016, at the following address of Nokletto Industries, Ltd., _[redacted] Belize City_ ;
(STREET ADDRESS, CITY, COUNTRY)

OR

2. The Notice Letter, Verified Complaint, and Individual Rules of the Honorable Alvin K. Hellerstein, United States District Court, Southern District of New York have not been delivered for the following reasons (please describe steps taken to attempt to locate and serve this individual or entity):

_____

_____

Executed this _12_ day of _July_, 2016.

_[signature]_
Signature of Affiant

[Seal: ATTORNEY GENERAL MINISTRY — BELMOPAN]