# Exhibit I

856354342041



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

6/13, 2016

Max Crown S.A.
█████████████████
█████████████████
Republic of Panama

Re: *United States v. Certain Funds on Deposit in Various Accounts Detailed Herein, and All Funds Traceable Thereto*
16 Civ. 2800 (AKH)

Dear Sir or Madam:

  This letter is to advise you that on April 14, 2016, the United States filed the enclosed verified complaint in the United States District Court for the Southern District of New York seeking the forfeiture of the Defendants-*in-rem* in the above-referenced action pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(a)(1)(A), and 984 on the grounds that the Defendants-*in-rem* constitute the proceeds of a scheme to defraud an American company through the use of false and fraudulent representations made through wires, property involved in international money laundering, and the fruits of transnational organized crime.

  Should Max Crown S.A., wish to contest the forfeiture of the Defendants-*in-rem*, you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (21) days after filing a claim, you must file an answer to the verified complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which may be pending, and failure to do so could result in the entry of a default judgment against the Defendants-*in-rem*.

            Respectfully,

            PREET BHARARA
            United States Attorney

         By: _____
            Edward B. Diskant
            Assistant United States Attorney
            Tel.: ████████

Enclosures

# FedEx Express International Air Waybill
For FedEx services worldwide

## 1 From
Date: 9/13/16
Sender's Name: AUSA Edward Diskant
Phone: 212-637-[redacted]
Sender's FedEx Account Number: [redacted]
Company: USDOJ/SDNY ATTY OFC
Address: 1 SAINT ANDREWS PLZ
City: NEW YORK    State/Province: NY    ZIP/Postal Code: [redacted]
Country: US

## 2 To
Recipient's Name: MAY CROWN, S.A.
Phone: [redacted]
Company: [redacted]
Address: [redacted]
City: [redacted]    State/Province: [redacted]    ZIP/Postal Code: [redacted]
Country: REPUBLIC OF PANAMA
Recipient's Tax ID number for Customs purposes (e.g., GST/RFC/VAT/IN/EIN, or as locally required): [blank]

## 3 Shipment Information
Total Packages: [blank]
Total Weight: [blank] lb/kg
Commodity Description REQUIRED: Documents
Harmonized Code: /  /
Country of Manufacture: [blank]
Value for Customs REQUIRED: $1.00
Total Declared Value for Carriage: [blank]
Total Value for Customs (Specify Currency): [blank]

For U.S. Export Only, Check One:
☐ No SSD required per Exemption
☐ No SSD required, value $2500 or less per Schedule B Commodity number
☐ SSD attached (provide export/license no. and exp date, or license exception symbol w/ECCN if applicable)

## 4 Express Package Service
☒ FedEx Intl. Priority
☐ FedEx Intl. First
☐ FedEx Intl. Economy

## 5 Packaging
☒ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other
☐ FedEx 10kg Box
☐ FedEx 25kg Box

## 6 Special Handling
☐ HOLD at FedEx Location
☐ SATURDAY Delivery

## 7a Payment Bill transportation charges to:
☒ Sender Acct. No. in Section 1 will be billed.
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check/Cheque

## 7b Payment Bill duties and taxes to:
☒ Sender Acct. No. in Section 1 will be billed.
☐ Recipient
☐ Third Party

## 8 Your Internal Billing Reference
16 CN 2800 (AKH)

## 9 Required Signature
[signature]

FedEx Tracking Number: 2041 [redacted] 0402
Form ID No.

RETAIN THIS COPY FOR YOUR RECORDS



June 15, 2016

Dear Customer:

The following is the proof-of-delivery for tracking number ▮▮▮▮2041.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | ▮▮▮▮▮ | Delivery location: | PTY |
| Service type: | FedEx International Priority | Delivery date: | Jun 15, 2016 10:43 |
| Special Handling: | Deliver Weekday | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | ▮▮▮▮2041 | Ship date: | Jun 13, 2016 |
| | | Weight: | 0.5 lbs/0.2 kg |

Recipient:
PTY PA

Shipper:
NEW YORK, NY US

Reference                16 i v2800(akh)

Thank you for choosing FedEx.