# Exhibit J



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 18, 2016

Fox Industries LTD
███████████████
███████ Mahe
Seychelles

Re: *United States v. Certain Funds on Deposit in Various Accounts Detailed Herein, and All Funds Traceable Thereto*
16 Civ. 2800 (AKH)

Dear Sir or Madam:

This letter is to advise you that on April 14, 2016, the United States filed the enclosed verified complaint in the United States District Court for the Southern District of New York seeking the forfeiture of the Defendants-*in-rem* in the above-referenced action pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(a)(1)(A), and 984 on the grounds that the Defendants-*in-rem* constitute the proceeds of a scheme to defraud an American company through the use of false and fraudulent representations made through wires, property involved in international money laundering, and the fruits of transnational organized crime.

Should Fox Industries LTD., wish to contest the forfeiture of the Defendants-*in-rem*, you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (21) days after filing a claim, you must file an answer to the verified complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which may be pending, and failure to do so could result in the entry of a default judgment against the Defendants-*in-rem*.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
Edward B. Diskant
Assistant United States Attorney
Tel.: ███████

Enclosure

**FedEx Express** — *International Air Waybill* For FedEx services worldwide

**1 From** *Please print and press hard.*

Date: 05/18/16

Sender's FedEx Account Number: [redacted]

Sender's Name: AUSA Edward Diskant

Company: USDOJ/US ATTY OFC

Address: 1 SAINT ANDREWS PLZ

City: NEW YORK   State/Province: NY   ZIP/Postal Code: 10007 1701

Country: US

**2 To**

Recipient's Name: Fox Industries Ltd

Company: [blank]

Address: [redacted]

Address: [redacted]

City: Mahe   State/Province: [blank]   ZIP/Postal Code: [blank]

Country: Seychelles

Recipient's Tax ID number for Customs purposes e.g. GST/RFC/VAT/IN/EIN, or as locally required: [blank]

**3 Shipment Information**

Total Packages: [blank]   Total Weight: ___ lbs / ___ kg   Total Declared Value for Carriage: [blank]   Total Value for Customs (Specify Currency): $1.00

Commodity Description: Documents

For EU Only: Tick here if goods are not in free circulation and provide C.I. ☐

For U.S. Export Only: Check One
☐ No SED required per Exemption ____
☐ No SED required; value USD $2500 or less per Schedule B Commodity number
☐ SED attached (provide export/license no. and exp. date or license exception symbol, when applicable)

**4 Express Package Service**
☒ FedEx Intl. Priority
☐ FedEx Intl. First
☐ FedEx Intl. Economy

**5 Packaging**
☒ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ FedEx 10kg Box
☐ FedEx 25kg Box
☐ Other

**6 Special Handling**
☐ HOLD at FedEx Location
☐ SATURDAY Delivery

**7a Payment** Bill transportation charges to:
☒ Sender Acct No. in Section 1 will be billed.
☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Cheque

FedEx Acct. No./Credit Card No.: [blank]

**7b Payment** Bill duties and taxes to:
☒ Sender Acct. No. in Section 1 will be billed.
☐ Recipient   ☐ Third Party

FedEx Acct. No.: [blank]   Credit Card No.: [blank]   Credit Card Exp. Date: [blank]

**8 Your Internal Billing Reference**

**9 Required Signature**

Sender's Signature: [blank]

FedEx Tracking Number: 2052   Form ID No.: 0402

500

PART 158049 Rev. Date 10/03
©1994-2003 FedEx
PRINTED IN U.S.A.

RETAIN THIS COPY FOR YOUR RECORDS   SRF



June 15, 2016

Dear Customer:

The following is the proof-of-delivery for tracking number ▮▮▮▮2052.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | ▮▮▮▮ | **Delivery location:** | ▮▮▮▮ MAHE |
| **Service type:** | FedEx International Priority | **Delivery date:** | May 23, 2016 09:11 |
| **Special Handling:** | Deliver Weekday | | |

**NO SIGNATURE REQUIRED**
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ▮▮▮▮2052 | **Ship date:** | May 18, 2016 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
▮▮▮▮ MAHE SC

**Shipper:**
NEW YORK, NY US

Thank you for choosing FedEx.