# Exhibit K



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

<div style="text-align:right">
The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007
</div>

_____ __, 2016



UAB ANDRONA

VILNIAUS

LITHUANIA

Re: *United States v. Certain Funds on Deposit in Various Accounts Detailed Herein, and All Funds Traceable Thereto*
16 Civ. 2800 (AKH)

Dear Sir or Madam:

      This letter is to advise you that on April 14, 2016, the United States filed the enclosed verified complaint in the United States District Court for the Southern District of New York seeking the forfeiture of the Defendants-*in-rem* in the above-referenced action pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(a)(1)(A), and 984 on the grounds that the Defendants-*in-rem* constitute the proceeds of a scheme to defraud an American company through the use of false and fraudulent representations made through wires, property involved in international money laundering, and the fruits of transnational organized crime.

      Should UAB ANDRONA., wish to contest the forfeiture of the Defendants-*in-rem*, you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (21) days after filing a claim, you must file an answer to the verified complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which may be pending, and failure to do so could result in the entry of a default judgment against the Defendants-*in-rem*.

<div style="margin-left:50%">
Respectfully,

PREET BHARARA
United States Attorney

By: _____
    Edward B. Diskant
    Assistant United States Attorney
    Tel.:
</div>

Enclosure

ACKNOWLEDGMENT OF THE RECEIPT

I, ▮▮▮▮▮ the Director of Andora Ltd, hereby state that on 29th of July, 2016, I have been served the following documents from the Justice Department of the United States of America at the Criminal Police Economic Crimes Investigation Board in Vilnius County Police Headquarters, located at Kalvariju str. 3, Vilnius.

1. Annex A, English language, 25 pages.
2. Annex A, translation into Lithuanian language, 25 pages.
3. Annex B, English language, 26 pages.
4. Annex B, translation into Lithuanian language, 26 pages.

/in handwriting: Received /signature/ ▮▮▮▮▮ 29.07.2016/

## PAKVITAVIMAS

Aš, ███████████ UAB „Androna" direktorius, pareiškiu, kad 2016 m. liepos 29 d. Vilniaus apskrities vyriausiojo policijos komisariato Kriminalinės policijos ekonominių nusikaltimų tyrimo valdyboje, esančioje Kalvarijų g. 3, Vilniuje, man buvo įteikti šie JAV Teisingumo Departamento dokumentai:
1. Priedas A, anglų kalba, 25 lapai.
2. Priedas A, vertimas į lietuvių kalbą, 25 lapai.
3. Priedas B, anglų kalba, 26 lapai.
4. Priedas B, vertimas į lietuvių kalbą, 26 lapai.



2016.07.29