# Exhibit L



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 18, 2016

Romantick Style Ltd.

███████████

London
███████████
United Kingdom

Re: *United States v. Certain Funds on Deposit in Various Accounts Detailed Herein, and All Funds Traceable Thereto*
16 Civ. 2800 (AKH)

Dear Sir or Madam:

This letter is to advise you that on April 14, 2016, the United States filed the enclosed verified complaint in the United States District Court for the Southern District of New York seeking the forfeiture of the Defendants-*in-rem* in the above-referenced action pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(a)(1)(A), and 984 on the grounds that the Defendants-*in-rem* constitute the proceeds of a scheme to defraud an American company through the use of false and fraudulent representations made through wires, property involved in international money laundering, and the fruits of transnational organized crime.

Should Romantick Style Ltd., wish to contest the forfeiture of the Defendants-*in-rem*, you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (21) days after filing a claim, you must file an answer to the verified complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which may be pending, and failure to do so could result in the entry of a default judgment against the Defendants-*in-rem*.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
Edward B. Diskant
Assistant United States Attorney
Tel.: ███████

Enclosure

**FedEx** International Air Waybill
Express  For FedEx services worldwide

**1 From** Please print and press hard.

Date 05/18/16  Sender's FedEx Account Number [redacted]

Sender's Name Alisa Edward Diskant  Phone: 212-637-[...]

Company USDOJ/US ATTY OFC

Address 1 SAINT ANDREWS PLZ

City NEW YORK  State NY  ZIP 10007/1701

Country US

**2 To**

Recipient's Name Romantick Style Ltd  Phone

Company

Address [redacted]

City London

State/Province

Country United Kingdom  ZIP/Postal Code [redacted]

Recipient's Tax ID number for Customs purposes
e.g. GST/RFC/VAT/IN/EIN, or as locally required

**3 Shipment Information**
Shipper's Local and Courier/SLAC

Total Packages 1   Total Weight ___ lbs/kg   Dimensions ___ in/cm

Commodity Description REQUIRED: Documents

☐ No SED required, value $2500 or less per Schedule B Commodity number

For U.S. Export Only, Check One
☐ No SED required for Exemption
☐ SED attached (provide export license no. and exp. date or license exception symbol, w/ECCN if applicable)

Total Declared Value for Carriage ___   Total Value for Customs $1.00 REQUIRED (Specify Currency)

**4 Express Package Service**

☒ FedEx Intl. Priority
☐ FedEx Intl. First
☐ FedEx Intl. Economy

**5 Packaging**
☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube
☐ Other   ☐ FedEx 10kg Box   ☐ FedEx 25kg Box

**6 Special Handling**
☐ HOLD at FedEx Location   ☐ SATURDAY Delivery

**7a Payment** Bill transportation charges to:
☒ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Cheque

**7b Payment** Bill duties and taxes to:
☐ Recipient   ☐ Third Party

**8 Your Internal Billing Reference**

**9 Required Signature**

FedEx Tracking Number  2008 [redacted] 0402

RETAIN THIS COPY FOR YOUR RECORDS



June 15, 2016

Dear Customer:

The following is the proof-of-delivery for tracking number █████2008.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | ███████ | **Delivery location:** | LONDON |
| **Service type:** | FedEx International Priority | **Delivery date:** | May 20, 2016 08:48 |
| **Special Handling:** | Deliver Weekday | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ███████2008 | **Ship date:** | May 18, 2016 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| LONDON GB | NEW YORK, NY US |

Thank you for choosing FedEx.