# Exhibit M



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

Date: _____

Ideals Solutions Group S.A.

▮▮▮▮▮▮▮▮

Tortola, BVI

Re: *United States v. Certain Funds on Deposit in Various Accounts Detailed Herein, and All Funds Traceable Thereto*
16 Civ. 2800 (AKH)

Dear Sir or Madam:

This letter is to advise you that on April 14, 2016, the United States filed the enclosed verified complaint in the United States District Court for the Southern District of New York seeking the forfeiture of the Defendants-*in-rem* in the above-referenced action pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(a)(1)(A), and 984 on the grounds that the Defendants-*in-rem* constitute the proceeds of a scheme to defraud an American company through the use of false and fraudulent representations made through wires, property involved in international money laundering, and the fruits of transnational organized crime.

Should Ideals Solutions Group S.A., wish to contest the forfeiture of the Defendants-*in-rem*, you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (21) days after filing a claim, you must file an answer to the verified complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which may be pending, and failure to do so could result in the entry of a default judgment against the Defendants-*in-rem*.



SERVED BY ATTORNEY GENERAL'S CHAMBERS ON
▮▮▮▮▮▮ of
TRIDENT TRUST COMPANY (BVI) LTD, Reg. Agent of
at 2:55 a.m/p.m. Date 13 JUNE 2016  Ideals S/▮
Received by Floyd Venn on behalf of the Attorney General.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
Edward B. Diskant
Assistant United States Attorney
Tel.: ▮▮▮▮▮▮▮

Enclosures

**AFFIDAVIT OF SERVICE**

Plaintiff: United States of America

Defendant: John Doe

Addressee: Ideals Solutions Group S.A.

Tortola, Virgin Islands

Type: Service of Notice

I, Floyd Penn of ▮▮▮▮▮ Tortola, Virgin Islands, acting on behalf of the Government of the Virgin Islands, pursuant to a Request for Assistance dated 26 May, 2016 by the United States of America ("US"), in accordance with the instructions set forth in the said Request, make oath and say as follows:

1. That I am a Clerical Trainee/Messenger in the Attorney General's Chambers, Government of the Virgin Islands. Except where otherwise stated, I make this affidavit from my own personal knowledge and in reliance upon the records of service kept within the files of the Attorney General's Chambers. Where I rely on information received from others, I state the source of the information and verily believe the said information to be true.

2. That on 10 June, 2016, I attempted to serve on Trident Trust Company (BVI) Limited, the Registered Agent of BVI company, Ideals Solutions Group S.A., the Civil Forfeiture Complaint and Notice of Forfeiture received by the Attorney General of the Virgin Islands relative to US proceedings as stated in the Request for Assistance.

1

3. However, upon arrival at the office around 3:15pm, I was informed that the office was closed for the day.

4. That on 13 June, 2016 at 2:55pm, I made a further attempt to serve and successfully served on Trident Trust Company (BVI) Limited, the Registered Agent of BVI company, Ideals Solutions Group S.A., the documents referred to at paragraph 2 herein.

5. That the documents referred to at paragraph 2 herein, were received, accepted and signed for by one ▉▉▉▉▉ at the office of Trident Trust Company (BVI) Limited., located at ▉▉▉▉▉ Tortola, Virgin Islands, ▉▉▉▉▉ for and on behalf of the BVI company, Ideals Solutions Group S.A.

6. That, having done a company search within the Virgin Islands, I am informed by Crown Counsel, Miglisa Cupid and verily believe that Trident Trust Company (BVI) Limited is the local registered agent of Ideals Solutions Group S.A. and therefore is authorised to accept service in this matter.

7. I make these statements to the best of my knowledge, information and belief.

SWORN the 13th day of June, 2016 )
at ▉▉▉▉▉ Tortola by the above-named)
Floyd Penn, Jr. before me:- )
) .................................
) Floyd Penn, Jr.
)
.................................. )
Notary Public/Commissioner of Oaths
in the Virgin Islands

2