# Exhibit N



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 18, 2016

Privaled Construction, L.P.
████████████████████
Edinburgh, Scotland
████████████

Re: *United States* v. *Certain Funds on Deposit in Various Accounts*
*Detailed Herein, and All Funds Traceable Thereto*
16 Civ. 2800 (AKH)

Dear Sir or Madam:

This letter is to advise you that on April 14, 2016, the United States filed the enclosed verified complaint in the United States District Court for the Southern District of New York seeking the forfeiture of the Defendants-*in-rem* in the above-referenced action pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(a)(1)(A), and 984 on the grounds that the Defendants-*in-rem* constitute the proceeds of a scheme to defraud an American company through the use of false and fraudulent representations made through wires, property involved in international money laundering, and the fruits of transnational organized crime.

Should Privaled Construction, LP., wish to contest the forfeiture of the Defendants-*in-rem,* you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (21) days after filing a claim, you must file an answer to the verified complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which may be pending, and failure to do so could result in the entry of a default judgment against the Defendants-*in-rem.*

Respectfully,

PREET BHARARA
United States Attorney

By: _____
Edward B. Diskant
Assistant United States Attorney
Tel.: ████████████

Enclosure

**FedEx** Express

# International Air Waybill

For FedEx services worldwide

**1 From** *Please print and press hard.*

Date: 05/18/16

Sender's FedEx
Account Number

Sender's
Name: AliSA Edward DiStefano   Phone 212-1637

Company: USDOJ/US ATTY OFC

Address: 1 SAINT ANDREWS PLZ

Address

City: NEW YORK   State/Province: NY   ZIP/Postal Code: 10007-1701

Country: US

**2 To**

Recipient's
Name: Private1 Construction LP   Phone

Company:

Address:

Address

City: Edinburgh   State/Province   ZIP/Postal Code

Country: Scotland/UK

Recipient's Tax ID number for Customs purposes
e.g. GST/RFC/VAT/EIN, or as locally required

**3 Shipment Information**

Total Packages: 1   Total Weight: lbs.   kgs   DIM

Commodity Description
REQUIRED: Documents

Harmonized Code   Country of Manufacture   Value for Customs   lb   cm

Total Declared Value
for Carriage

No SED required;
value 2500 or less

No SED required;
per Schedule B Commodity number

SED attached handle with care;
or license exception symbol (AES/ECCN)/required)

FedEx Cargo Only: Dry Ice Class Class

Total Value for Customs
REQUIRED $1,000

**4 Express Package Service**   *Packages up to 150 lbs./68 kg.*
*For packages over 150 lbs./68 kg, use the FedEx Expanded Service International Air Waybill.*

☐ FedEx Intl. Priority

☐ FedEx Intl. First

**5 Packaging**

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube

☐ Other   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

☐ FedEx Intl. Economy

**6 Special Handling**

☐ HOLD at FedEx Location

☐ SATURDAY Delivery

**7a Payment** *Bill duties and taxes to:*

☒ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Cheque

FedEx Acct No.

**7b Payment** *Bill transportation charges to:*

☐ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Cheque

FedEx Acct. No.   Credit Card No.

**8 Your Internal Billing Reference**

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill...

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

For Completion Instructions, see back of fifth page.

Questions? Visit our Web site at fedex.com.
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.

Form
ID No.   2020

0402



June 15,2016

Dear Customer:

The following is the proof-of-delivery for tracking number ███████2020.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | EDINBURGH |
| Signed for by: | ████████ | Delivery date: | May 20, 2016 14:31 |
| Service type: | FedEx International Priority | | |
| Special Handling: | Deliver Weekday | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | ██████2020 | Ship date: | May 18, 2016 |
| | | Weight: | 0.5 lbs/0.2 kg |

| Recipient: | Shipper: |
|---|---|
| EDINBURGH GB | NEW YORK, NY US |

Thank you for choosing FedEx.