# Exhibit O



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 18, 2016

Corwald Transit LP

Edinburgh, Scotland

Great Britain, United Kingdom

> Re: *United States* v. *Certain Funds on Deposit in Various Accounts*
> *Detailed Herein, and All Funds Traceable Thereto*
> 16 Civ. 2800 (AKH)

Dear Sir or Madam:

This letter is to advise you that on April 14, 2016, the United States filed the enclosed verified complaint in the United States District Court for the Southern District of New York seeking the forfeiture of the Defendants-*in-rem* in the above-referenced action pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(a)(1)(A), and 984 on the grounds that the Defendants-*in-rem* constitute the proceeds of a scheme to defraud an American company through the use of false and fraudulent representations made through wires, property involved in international money laundering, and the fruits of transnational organized crime.

Should Corwald Transit LP., wish to contest the forfeiture of the Defendants-*in-rem*, you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (21) days after filing a claim, you must file an answer to the verified complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which may be pending, and failure to do so could result in the entry of a default judgment against the Defendants-*in-rem*.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
Edward B. Diskant
Assistant United States Attorney
Tel.:

Enclosure

# FedEx Express®

## International Air Waybill

For FedEx services worldwide

**1 From** Please print and press hard.

Date 05/18/16

Sender's FedEx Account Number

Sender's Name AUSA Edward Diskant Phone 212-637-

Company USDOJ/US ATTY OFC

Address 1 SAINT ANDREWS PLZ

Address

City NEW YORK   State/Province NY

Country U.S.   ZIP/Postal Code 10007-1701

**2 To**

Recipient's Name Oswald Transit LP   Phone

Company

Address

Address

City Edinburgh   State/Province

Country Scotland/UK   ZIP/Postal Code

Recipient's Tax ID number for Customs purposes
e.g., GST/RFC/VAT/EIN, or as locally required

**3 Shipment information**
☐ For EU Only: Tick here if goods are not in free circulation and provide C1.

Total Packages Shipper's Load and Count/SLAC

Total Weight ☐ lbs. ☐ kg

☐ DIM ☐ in ☐ cm

| Commodity Description REQUIRED | Harmonized Code | Country of Manufacture REQUIRED | Value for Customs REQUIRED |
|---|---|---|---|
| Documents | / / / | / / / | $1.00 |

Total Declared Value for Carriage

Total Value for Customs (Specify Currency)

For U.S. Export Only Check One:
☐ No SED required per Exemption
☐ No SED required per Schedule B Commodity number
☐ No SED required per [  ] per Schedule B Commodity number
☐ SED attached (provide export license no. and exp. date or license exception symbol, section if applicable)

---

**4 Express Package Service**

Packages up to 150 lbs./68 kg

For packages over 150 lbs./68 kg, use the FedEx Expanded Service Int'l Air Waybill.

☐ FedEx Intl. Priority

☐ FedEx Intl. First
Available to select locations Highest Int'l only.

☐ FedEx Intl. Economy
*These unique service types with special pricing are provided by FedEx for FedEx Intl. Priority only.

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**5 Packaging**

☒ FedEx Envelope
FedEx Envelope and FedEx Pak not available

☐ FedEx Pak

☐ FedEx Box

☐ FedEx Tube

☐ Other

☐ FedEx 10kg Box*

☐ FedEx 25kg Box*

**6 Special Handling**

☐ HOLD at FedEx Location

☐ SATURDAY Delivery
Available to select locations for FedEx Intl. Priority only.

**7a Payment** Bill transportation charges to:

☒ Sender Acct No. in Section 1 will be billed.

Enter FedEx Acct. No. or Credit Card No. below.—

☐ Recipient

☐ Third Party

☐ Credit Card

☐ Cash/Check/Cheque
FedEx Use Only

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

**7b Payment** Bill duties and taxes to:

☒ Sender Acct No. in Section 1 will be billed.

Enter FedEx Acct. No. below.—

☐ Recipient

☐ Third Party

FedEx Acct. No.

ALL shipments can be subject to Customs charges, which FedEx does not estimate prior to clearance.

**8 Your Internal Billing Reference**
16 CIV. 2800 (AKH)
First 24 characters will appear on invoice.

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department license or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.

WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

This is not authorization to deliver this shipment without a recipient signature.

For Completion Instructions, see back of fifth page.

FedEx Tracking Number 2063

Form ID No.

Questions? Visit our Web site at fedex.com.
Or in the U.S., call 800.247.4747. Outside the U.S., call your local FedEx office.

The terms and conditions of service may vary from country to country. Consult our local office for specific information. Non-Negotiable International Air Waybill • ©1994–2003 Federal Express Corporation

PART 158069 (Rev. Date 10/03) ©1994–2003 FedEx PRINTED IN U.S.A.

500

0402



June 15,2016

Dear Customer:

The following is the proof-of-delivery for tracking number ████████2063.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | EDINBURGH |
| Signed for by: | ███████████ | Delivery date: | May 20, 2016 09:35 |
| Service type: | FedEx International Priority | | |
| Special Handling: | Deliver Weekday | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | ████████2063 | Ship date: | May 18, 2016 |
| | | Weight: | 0.5 lbs/0.2 kg |

| Recipient: | Shipper: |
|---|---|
| EDINBURGH GB | NEW YORK, NY US |

| Reference | |
|---|---|
| | 16 CIV. 2800 (AKH) |

Thank you for choosing FedEx.