# Exhibit P

Case 1:16-cv-02800-AKH Document 6 Filed 09/30/16 Page 1 of 3

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

              Plaintiff,

- against -

CERTAIN FUNDS ON DEPOSIT IN
VARIOUS ACCOUNTS DETAILED
HEREIN, AND ALL FUNDS TRACEABLE
THERETO,

              Defendant-in-rem.

16 Civ. 2800 (AKH)

**CLERK'S CERTIFICATION OF DEFAULT**

ECF CASE

---

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, hereby certify that the docket entries in the above-captioned case indicate that the Verified Complaint herein was filed on February 25, 2016, and that proof of publication was filed in the Clerk's office on July 22, 2016. No party has filed a claim or answer or otherwise moved with respect to:

    a. Any and all funds including but not limited to $284,483.00 in United States currency on deposit in account number 201100290413 at Eurobank Cyprus, Ltd., and all funds traceable thereto ("Subject Account-1");

    b. Any and all funds including but not limited to $7,087,347.00 in United States Currency on deposit in account number 001201100291563, in the name of Moonbigtwo at Eurobank Cyprus, Ltd., and all funds traceable thereto ("Subject Account-2");

    c. Any and all funds including but not limited to $324,705.00 in United States currency on deposit in account number 240-07-448428-01 in the name of Glendown Holdings at Hellenic Bank, Cyprus, and all funds traceable thereto ("Subject Account-3");

    d. Any and all funds including but not limited to €399,898.00 in Euros on deposit in account number 240-01-448428-01 in the name of

      Glendown Holdings at Hellenic Bank, Cyprus, and all funds traceable thereto ("Subject Account-4");

e. Any and all funds including but not limited to $636,900.00 in United States currency on deposit in account number LV69KBRB1111217256001, in the name of Deltaway Systems LP at Trasta Komercbanka, Latvia, and all funds traceable thereto ("Subject Account-7");

f. Any and all funds up to and including $320,000.00 on deposit in account number LV54MULT1010910170010, in the name of Burgenland AG Inc. at Meridian Trade Bank, Latvia, and all funds traceable thereto ("Subject Account-8");

g. Any and all funds including but not limited to $981,026.00 in United States currency on deposit in account number LV24CBBR1122808800010, in the name of Nokletto Industries Limited at Baltikum Bank AS, Latvia, and all funds traceable thereto ("Subject Account-9");

h. Any and all funds including but not limited to $3,030.90 in United States currency on deposit in account number LV43RTMB00000179806172, in the name of Max Crown S.A. at Reitumu Banka, Latvia, and all funds traceable thereto ("Subject Account-10");

i. Any and all funds including but not limited to $325,000.00 in United States currency on deposit in account number LV35RTMB00000628806803, at Reitumu Banka, Latvia, and all funds traceable thereto ("Subject Account-11);

j. Any and all funds including but not limited to $67,800.00 on deposit in account number LT674010044100013509, at AB BND Bankas, Lithuania, and all funds traceable thereto ("Subject Account-12);

k. Any and all funds including but not limited to €872,603.84 in Euros on deposit in account number HU05103000021053865248820011, in the name of "Romantick Style Ltd" at MKB Bank ZRT, Hungary, and all funds traceable thereto ("Subject Account-17");

l. Any and all funds including but not limited to $67,520.37 on deposit in account number LV78LATB0006020137348, maintained in the name of "Ideals Solutions Group S.A.," at Norvik Banka JSC, Latvia, and all funds traceable thereto ("Subject Account-18");

 m. Any and all funds including but not limited to $2,911,745.26 on deposit in account number LV65KBRB1111216560001, maintained in the name of "Privaled Construction LP" at Trasta Komercbanka, Latvia, and all funds traceable thereto ("Subject Account-19");

 n. Any and all funds including but not limited to $3,836,200.00 on deposit in account number LV72KBRB1111232037001, maintained in the name of "Corwald Transit LP" at Trasta Komercbanka, Latvia, and all funds traceable thereto ("Subject Account-20");

which are part of the above captioned Defendant-in-rem and that the time to file a claim with respect to the said Defendant-in-rem has expired. The default of all persons is hereby noted.

Dated: September 30, 2016
   New York, New York

            **RUBY K. KRAJICK**
            Clerk of the Court

          By: _____
              Deputy Clerk