# Exhibit Q

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
:
UNITED STATES OF AMERICA,
:
        Plaintiff,
:
        - v. -
:
CERTAIN FUNDS ON DEPOSIT IN
VARIOUS ACCOUNTS DETAILED
HEREIN, AND ALL FUNDS TRACEABLE
THERETO,
:
        Defendant in-rem.    :
------------------------------- x

**FINAL JUDGMENT OF FORFEITURE FOR CERTAIN FUNDS**

16 Civ. 2800 (AKH)

WHEREAS, on or about February 25, 2016, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the above captioned Defendant in-rem as property involved in international money laundering and the fruits of transnational organized crime, including the funds in the following accounts, by the filing of a Verified Complaint (the "Verified Complaint"):

    a. Any and all funds including but not limited to $284,483.00 in United States currency on deposit in account number 201100290413 at Eurobank Cyprus, Ltd., and all funds traceable thereto ("Subject Account-1");

    b. Any and all funds including but not limited to $7,087,347.00 in United States Currency on deposit in account number 001201100291563, in the name of Moonbigtwo at Eurobank Cyprus, Ltd., and all funds traceable thereto ("Subject Account-2");

    c. Any and all funds including but not limited to $324,705.00 in United States currency on deposit in account number 240-07-448428-01 in the name of Glendown Holdings at Hellenic Bank, Cyprus, and all funds traceable thereto ("Subject Account-3");

d.  Any and all funds including but not limited to €399,898.00 in Euros on deposit in account number 240-01-448428-01 in the name of Glendown Holdings at Hellenic Bank, Cyprus, and all funds traceable thereto ("Subject Account-4");

e.  Any and all funds including but not limited to $636,900.00 in United States currency on deposit in account number LV69KBRB1111217256001, in the name of Deltaway Systems LP at Trasta Komercbanka, Latvia, and all funds traceable thereto ("Subject Account-7");

f.  Any and all funds up to and including $320,000.00 on deposit in account number LV54MULT1010910170010, in the name of Burgenland AG Inc. at Meridian Trade Bank, Latvia, and all funds traceable thereto ("Subject Account-8");

g.  Any and all funds including but not limited to $981,026.00 in United States currency on deposit in account number LV24CBBR1122808800010, in the name of Nokletto Industries Limited at Baltikum Bank AS, Latvia, and all funds traceable thereto ("Subject Account-9");

h.  Any and all funds including but not limited to $3,030.90 in United States currency on deposit in account number LV43RTMB0000179806172, in the name of Max Crown S.A. at Reitumu Banka, Latvia, and all funds traceable thereto ("Subject Account-10");

i.  Any and all funds including but not limited to $325,000.00 in United States currency on deposit in account number LV35RTMB0000628806803, at Reitumu Banka, Latvia, and all funds traceable thereto ("Subject Account-11);

j.  Any and all funds including but not limited to $67,800.00 on deposit in account number LT674010044100013509, at AB BND Bankas, Lithuania, and all funds traceable thereto ("Subject Account-12);

k.  Any and all funds including but not limited to €872,603.84 in Euros on deposit in account number HU05103000021053865248820011, in the name of "Romantick Style Ltd" at MKB Bank ZRT, Hungary, and all funds traceable thereto ("Subject Account-17");

2

    l.   Any and all funds including but not limited to $67,520.37 on deposit in account number LV78LATB0006020137348, maintained in the name of "Ideals Solutions Group S.A.," at Norvik Banka JSC, Latvia, and all funds traceable thereto ("Subject Account-18");

    m.  Any and all funds including but not limited to $2,911,745.26 on deposit in account number LV65KBRB1111216560001, maintained in the name of "Privaled Construction LP" at Trasta Komercbanka, Latvia, and all funds traceable thereto ("Subject Account-19");

    n.  Any and all funds including but not limited to $3,836,200.00 on deposit in account number LV72KBRB1111232037001, maintained in the name of "Corwald Transit LP" at Trasta Komercbanka, Latvia, and all funds traceable thereto ("Subject Account-20");

((a) through (n) collectively, the "Subject Funds").

WHEREAS, beginning on or about April 21, 2016, and continuing through May 20, 2016, the Government published notice of the Verified Complaint against the Defendant <u>in-rem</u>, which includes the Subject Funds, on the official government internet site, www.forfeiture.gov;

WHEREAS, the Government has provided direct written notice of the forfeiture of the Subject Funds to the following potential claimants:

    i.    Account Holder for Subject Account-1
         Vilnius, Lithuania
         Daugavpils, Latvia

    ii.   Moonbigtwo BV
         Drensteinfurt, Germany

    iii.  Glendown Holdings Limited
         Limassol, Cyprus
         Tortola, British Virgin Islands and

       iv.       Deltaway Systems L.P.
                   Edinburgh, Scotland

       v.        Burgenland AG Inc.
                   Tortola, British Virgin Islands

       vi.       Nokletto Industries L.T.D.
                   Belize City, Belize

       vii.      Max Crown S.A.
                   Republic of Panama

       viii.     Fox Industries L.T.D.
                   Mahe, Seychelles

       ix.       UAB Androna
                   Vilniaus, Lithuania

       x.        Romantick Style Ltd
                   London United Kingdom

       xi.       Ideals Solutions Group S.A.
                   Tortola, British Virgin Islands

       xii.      Privaled Construction,
                   Edinburgh, Scotland

       xiii.     Corwald Transit LP
                   Edinburgh, Scotland

WHEREAS, no claims or answers as to the Subject Funds have been filed in the instant matter and the statutory time period to do so, as set forth Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, has expired;

WHEREAS, on or about September 30, 2016, the Clerk of the Court entered a Clerk's Certification noting the default of all parties as to the Subject Funds;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.  All right, title and interest in the Subject Funds, as defined above, is hereby forfeited and vested in the United States of America.

2.  The United States Marshals Service shall take possession of the Subject Funds and dispose of the same according to law.

3.  The Clerk of the Court shall forward four certified copies of this Final Judgment of Forfeiture to Assistant United States Attorney, Jason H. Cowley, Chief of the Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York, 10007.

Dated: New York, New York
_____

SO ORDERED:

_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

5