UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

    -v.-

CERTAIN FUNDS ON DEPOSIT IN VARIOUS
ACCOUNTS DETAILED HEREIN, AND ALL
FUNDS TRACEABLE THERETO,

        Defendant-*in-rem*.
------------------------------------x

JUDGMENT OF FORFEITURE

16 Civ. 2800 (AKH)

WHEREAS, on or about February 25, 2016, the United States commenced an *in rem* forfeiture action by the filing of a Verified Complaint (the "Verified Complaint") seeking the forfeiture of the above captioned Defendant *in-rem* as property involved in international money laundering and the fruits of transnational organized crime, including, *inter alia*, the following account:

    a. Any and all funds including but not limited to €61,000.00 in Euros on deposit in account number HU94107001100954370250000005, in the name of "Avikom Ltd" at CIB Bank ZRT, Hungary, and all funds traceable thereto ("Subject Account-14");

WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on or about April 21, 2016, and continuing through May 20, 2016, and proof of such publication was filed with the Clerk of this Court on July 22, 2016 (D.E. 3);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate

2

the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about June 27, 2017, notice of the Verified Complaint was delivered by personal service to Avikom, Ltd ("Avikom"), c/o Dr. Laszlo Wolf, Zalaszentgyorgy, Hungary, 8994.

WHEREAS, Avikom is the only individual or entity known to the Government to have a potential interest in the Subject Account-14; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Subject Account-14 shall be, and the same hereby is forfeited to the Plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Subject Account-14, according to law.

3. The Clerk of the Court shall forward four certified copies of this Judgment of Forfeiture to Assistant United States Attorney, Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York, 10007.

Dated: New York, New York
~~May~~, 2020
July 8

SO ORDERED:

_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE